## STATE ROADS COMMISSION OF MARYLAND
### *v.* NORTHAMPTON CORPORATION, ET AL.

[No. 277, September Term, 1969.]

*Decided March 30, 1970.*

The cause was submitted on briefs to HAMMOND, C. J., and McWILLIAMS, FINAN, SINGLEY and SMITH, JJ.

Submitted by *Francis B. Burch, Attorney General, Joseph D. Buscher, Special Assistant Attorney General, Joseph J. Bonner, Special Attorney,* and *Carl Harrison Lehmann* for appellant.

Submitted by *Welsh & Lancaster* for Northampton Corporation, part of appellees; no brief filed on behalf of other appellees.

PER CURIAM.

In *State Roads Commission v. Laurel Pines Country Club, Inc.,* 256 Md. 605 (1970), the Board of Property Review filed its award to the property owner on 5 April. The award was dated 20 March. The appellant (Commission), on 9 May, filed the notice of dissatisfaction provided by Maryland Rule U27 g 1. Since the rule requires such a notice to be filed "within thirty days after the filing of the award with the clerk of the court" we held that the property owner's motion to dismiss the Commission's notice of dissatisfaction was properly granted. In the case at bar (actually two cases, consolidated and treated as one case) the award, dated 5 April, was filed on 5 May. The Commission admits the receipt of a copy thereof on 8 May. Its notice of dissatisfaction was not filed until 10 June, clearly more than 30 days after the filing of the award. The trial judge, Digges, C.J. (now Digges, J., of this Court), upon motion of the appellee,

354

dismissed the Commission's Condemnation Petition. We shall affirm the action of Judge Digges.

*Order affirmed.*
*Costs to be paid by the appel-*
*lant.*